IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01833-JLK**

**ASPECT ENERGY, LLC**, **and
VISION DRILLING SERVICES, LLC**

       Plaintiffs,

v.

**GREATWALL DRILLING COMPANY and
GWDC AMERICA, INC.,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Plaintiff's Motion to Stay Proceedings (doc. #17), filed December 17, 2007, is GRANTED. This case is STAYED up to and including February 7, 2008, at which time the parties' dismissal documents or a status report regarding the status of settlement is due.

Dated: December 18, 2007