IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01833-JLK**

**ASPECT ENERGY, LLC**, a Colorado corporation; and
**VISION DRILLING SERVICES, LLC**, a Colorado corporation,

      Plaintiffs,

v.

**GREATWALL DRILLING COMPANY**, a Chinese company; and
**GWDC AMERICA, INC.**, a Texas corporation,

      Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss with Prejudice (doc. #20), filed February 7, 2008, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 7th day of February, 2008.

                                           BY THE COURT:

                                           *S/John L. Kane*
                                           JOHN L. KANE, SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT